# EXHIBIT A

0300 Subpoena/Subpoena Duces Tecum  (12/01/20) CCCR 0066 A

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS

v.

Edgardo Colon

Case No. 12CR0308002

◯ SUPBOENA  ⦿ SUBPOENA DUCES TECUM

The People of the State of Illinois to all Peace Officers in the State - GREETING:

WE COMMAND THAT YOU SUMMON:

Cook County State's Attorney's Office

to appear to testify before the Honorable Erica Reddick on 2/1/23 in Room 101, Circuit Court, George N Leighton Criminal Courthouse, 2650 S. California Ave, Chicago, Illinois, at 9:30 ⦿ AM ◯ PM

YOU ARE COMMANDED ALSO to bring the following:

See Rider in attached Exhibit A

in your possession or control.

**YOUR FAILURE TO APPEAR IN RESPONSE TO THIS SUBPOENA WILL SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT.**

Atty. No.: 61334
Atty Name: Dylan M. Brown
Atty. for: Edgardo Colon
Address: 311 S. Wacker, Suite 2470
City: Chicago   State: IL
Zip: 60606
Telephone: (312) 236-0733
Primary Email: dbrown@vvnlaw.com
Secondary Email:
Tertiary Email:

Issued by: _[signature]_
⦿ Attorney  ◯ Clerk of Court

Dated: 1/11/23

Iris Martinez, Clerk of the Circuit Court of Cook County, Illinois   cookcountyclerkofcourt.org

Page 1 of 2

0300 Subpoena/Subpoena Duces Tecum  (12/01/20) CCCR 0066 B

SERVICE:

I served this Subpoena or Subpoena Duces Tecum by:

emailing it to Jessica M. Scheller (jessica.scheller@cookcountyil.gov) on January 11, 2023.

On _____ I paid the witness $ _____ for witness and mileage fees.

_____

Signed and sworn to before me on: _____

_____

Notary Public

# Exhibit A

## Rider

All files, notes, reports, multimedia, etc., that comprise the Cook County State's Attorney's Office's ("CCSAO") file for a joint task force initiatives titled "Operation Snake Doctor" or "Operation Snake Pit" in which the CCSAO partnered with CPD, the Cook County Sheriff Intelligence, and federal agencies to investigate the Spanish Cobra Street gang and Officer Clifton Lewis's murder, including, but not limited to, all parties assigned to the investigation or authorized to view materials generated from the investigation, all jail recordings or any other recording obtained without a court order, Title III orders and results (PENS, COH's, transcripts of COH's and the like), any orders under the ECPA and the results of those orders), consideration paid to informants and any other witness, names of informants (subject to a protective order), all reports generated by agents of the task force, any notes or memorandum by attorneys or agents that mention Alexander Villa (Flip, Tokyo, Fat Nose), Tyrone Clay (Breed) or Edgardo Colon (Sweet Pea, Sweepy), Clifton Lewis, Craig Williams, and all documents consisting of or evidencing communications to or from Assistant State's Attorneys Andrew Varga and Nancy Adduci (nee Galassini) relating o the Lewis investigation, Snake Doctor, and/or the prosecution of Colon, Villa or Clay.