# EXHIBIT B



**TRIBLER
ORPETT
& MEYER P.C.**

225 West Washington - Suite 2550
Chicago, IL 60606-2418

312-201-6400
www.tribler.com

May 31, 2023

Hon. Erica L. Reddick,
Leighton Criminal Court Building
2600 S. California Ave., Rm. 101
Chicago, Illinois 60608

Re:     People v. Edgardo Colon
        Case No.:   12CR0308002
        Our File No.: 298.27597-1

Dear Judge Reddick:

Attached please find a flash drive containing the following document production in response to the subpoena served upon the Cook County State's Attorney's Office by defendant Edgardo Colon.

- -A Production Log
- -Production Documents (redacted)
- -Production Documents (unredacted)
- -A Privilege Log
- -Privileged Documents
- -A Non-Relevant Log
- -Non-Relevant Documents
- -List of passwords for locked documents

Very truly yours,

s/ William B. Oberts
wboberts@tribler.com
(312) 201-6436 (d)

WBO/dc
Enclosure

cc:     ASA Kevin Deboni
        ASA Craig Engebretson
        Paul K. Vickrey
        Dylan M. Brown