# EXHIBIT F

Monday, May 5, 2025 at 8:57:23 PM Eastern Daylight Time

**Subject:** Colon/Clay - Agreement for Production of Documents on Attorneys' Eyes Only Basis
**Date:** Wednesday, June 12, 2024 at 3:15:54 PM Eastern Daylight Time
**From:** Kathryn Doi
**To:** Paul Vickrey, Jennifer Bonjean, Ashley Cohen, Haley Coolbaugh, Gabriella Orozco
**CC:** Bill Oberts, Kevin Kirk, Anthony Masciopinto, kevin.deboni@cookcountyil.gov, Patrick Solon, Dylan Brown, Shneur Nathan, Avi Kamionski

Counsel for Plaintiffs,

Pursuant to the May 21, 2024 group conversation and our brief talk today, after entry of the contemplated criminal court order (addressed below), counsel for Plaintiffs Colon and Clay agree that they will produce on an "Attorneys' Eyes Only" basis all subpoenaed documents received in the criminal cases from CPD and CCSAO that were subject to the criminal court protective order.

These documents include all documents produced by CPD and CCSAO in response to subpoenas issued by counsel for Clay, Colon and Alexander Villa in criminal court, which specifically include the confidentially-marked and Bates-stamped production sets from the City/CPD, the documents marked confidential and produced by CCSAO, and CPD's initial production of documents in response to Jennifer Blagg's subpoenas, which were neither Bates-stamped nor marked confidential but which counsel for Clay, Colon and Villa agreed to be covered by the criminal court protective order.

Plaintiffs and Plaintiffs' counsel further agree that this agreement shall be in lieu of Plaintiffs issuing requests to produce or new subpoenas for the same records in the federal litigation, although we understand that there may be some unintended overlap with some of Plaintiffs' written discovery requests as Ms. Bonjean noted on May 21, 2024.

In turn, the City and CCSAO agree that Plaintiffs' counsel may produce in the civil case the foregoing documents with a cover letter clearly stating all of these documents are being produced on an "Attorneys' Eyes Only" basis and shall be considered as such. The City and CCSAO further request that this letter identify by Bates-number range any documents Plaintiffs are producing under this agreement that were Bates-stamped in the criminal case.

The City and CCSAO further agree that upon receipt of the foregoing "Attorneys' Eyes Only"-designated documents, the City and CCSAO will evaluate the documents for compliance with the federal confidentiality order and any applicable privilege. Once complete, the City and CCSAO will re-produce those records in accordance with the federal confidentiality order and/or any future order entered by Judge Kennelly.

Upon receipt of both Plaintiff Clay's and Plaintiff Colon's counsels' e-mail confirmation of this agreement, we will work with you to find an agreeable date for all to appear before Judge Reddick to modify the criminal court protective order consistent with the parties' agreement as above. If you could please prepare a draft order for our consideration in advance, that would be much appreciated.

Thank you,
Kathryn

**Kathryn M. Doi**
Nathan & Kamionski LLP
206 S. Jefferson St.
Chicago, IL 60661
(312) 612-1086 (direct)
(312) 448-6099 (fax)
kdoi@nklawllp.com



**New York ~ Chicago ~ Baltimore ~ Detroit**

*CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.*