# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Edgardo Colon

                          Plaintiff,

v.                                          Case No.: 1:23−cv−16798
                                            Honorable Matthew F. Kennelly

Anthony F. Noradin, et al.

                          Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, May 31, 2025:

     MINUTE entry before the Honorable Matthew F. Kennelly: Attorney Battle is excused from the 6/10/2025 status hearing but this is conditioned upon all other counsel of record for defendants Adduci and Varga appearing in person at that hearing. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.